**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Case No: 00-1844 (RHK/SRN)

---

Larry Gene Holland,

Plaintiff,

vs.

Tracie Lee Erickson, individually and as a police officer for the City of Lanesboro, Minnesota,

Defendant.

**STIPULATION OF DISMISSAL OF 42 U.S.C. § 1983 CLAIMS WITH PREJUDICE AND REMAND**

---

**IT IS HEREBY STIPULATED** by and between the parties through their respective undersigned attorneys that Larry Gene Holland's claims based on 42 U.S.C. § 1983 found in Count I of the Plaintiff's Complaint or any other federal statutory claims or other federal claims which could have been asserted by Plaintiff Larry Gene Holland, against Tracie Lee Erickson or the City of Lanesboro, Minnesota, its employees and public officials, may, and shall be, dismissed in their entirety on their merits and with prejudice, and without costs or disbursements to any of the parties.

**IT IS STIPULATED AND AGREED** that all other claims of Plaintiff as set forth in Counts II and III of Plaintiff's Complaint, are not dismissed and are remanded to the jurisdiction of state court.

**IT IS FURTHER STIPULATED** by the Defendant that in accordance with the Plaintiff's dismissal of all federal claims that Defendant waives his right of removal pursuant

FILED DEC 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD DEC 12 2000
DEPUTY CLERK

to 28 U.S.C. § 1441 based on diversity of citizenship and agrees to the remand of this action to the State of Minnesota District Court, County of Fillmore, for all further proceedings.

**IT IS FURTHER STIPULATED** that without further notice, the United States District Court may enter a judgment of partial dismissal on the merits, dismissing Count I of the Plaintiff's Complaint with prejudice and without cost to any party and that this case shall be remanded to Fillmore County District Court, State of Minnesota, for all further proceedings on the remaining state tort law claims.

Dated: 11/21/00

Frederick S. Suhler, Jr. (A.R.#106902)
Attorney for Plaintiff
2212 Southwest Second Street
Rochester, MN 55902
(507) 281-5090

Dated: 12/4/00

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By: ______________________

Pierre N. Regnier (A.R.#90232)
Joseph E. Flynn (A.R.#165712)
Attorneys for Defendant
2100 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 290-6500

**ORDER OF PARTIAL DISMISSAL**
**WITH PREJUDICE AND REMAND**

The above-entitled matter came before the court on the stipulation of the parties to the above-captioned matter for an order dismissing Count I of the Plaintiff's Complaint and remanding jurisdiction of the state tort law claims to Fillmore County District Court, State of Minnesota, for further proceedings.

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED**:

1. Count I of the Plaintiff's Complaint, alleging a violation of 42 U.S.C. §1983 and any other federal claims which the Plaintiff asserted or could have asserted against the Defendant Tracie Lee Erickson or the City of Lanesboro, its employees and public officials, are dismissed with prejudice and on the merits;

2. Counts II and III of the Plaintiff's Complaint alleging state tort law claims are not dismissed under the provisions of this Order and are remanded to the jurisdiction of the Fillmore County District Court, State of Minnesota, for all further proceedings;

3. That the dismissal of Count I provided for by this Order shall be without costs, disbursements or attorneys fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 12/12/00

**BY THE COURT:**

Judge Richard H. Kyle
United States District Court